IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVEN THOMASON,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:12cv604-MHT
                              )         (WO)
ONEWEST BANK, etc.,           )
                              )
    Defendant.                )
```

OPINION

Plaintiff filed this lawsuit asserting that defendant violated various federal laws with regard to his wife's loan. This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that plaintiff's motions to amend be denied and that defendant's motion to dismiss be granted. Also before the court are plaintiff's objections to the recommendations. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2013.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE