IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STEVEN THOMASON,               )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )         2:12cv604-MHT
                               )             (WO)
ONEWEST BANK, etc.,            )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. Nos. 17 & 28) are overruled.

(2) The United States Magistrate Judge's recommendations (Doc. No. 15 & 27) are adopted.

(3) Plaintiff's motions to amend (Doc. Nos. 17 & 23) are denied.

    (4) Defendant's motion to dismiss (Doc. No. 6) is granted.

    (5) This lawsuit is dismissed in its entirety with prejudice.

It is further ORDERED that plaintiff's motion for discovery and scheduling order (Doc. No. 29) is denied.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of March, 2013.

                /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE