IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVEN THOMASON,               )<br>                                                )<br>     Plaintiff,                        )<br>                                                )<br>     v.                                    )<br>                                                )<br>ONE WEST BANK, FSB,      )<br>et. al.,                                   )<br>                                                )<br>     Defendants.                   ) | CIVIL ACTION NO.<br>   2:12cv604-MHT<br>            (WO) |

OPINION AND ORDER

Pending before the court are the motion to dismiss filed by defendants OneWest Bank, FSB, Ocwen Loan Servicing, LLC, Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INAPS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-A and Mortgage Electronic Registration Systems, Inc. (doc. no. 56) and defendant Eva Bank's motion to dismiss and/or require a more definite statement (doc. no. 66). Also pending before the court are plaintiff's motions for summary judgment, one contained within his response

to the motion to dismiss (doc. no. 68) and one filed separately (doc. no. 69), as well as defendants' motion to strike (doc. no. 71) plaintiff's second motion for summary judgment.

On March 1, 2016, the United States Magistrate Judge entered an order (doc. no. 76) explaining that, after careful review of the amended complaint (doc. no. 49), he "determined that the plaintiff may benefit from participation in the Pro Se Assistance Program (PSAP)." The undersigned agrees.

Accordingly, it is ORDERED as follows:

(1) The motions to dismiss the amended complaint (doc. nos. 56 and 66) are denied with leave to renew.

(2) The motion to require a more definite statement (doc. no. 66) is granted.  The magistrate judge is to set an appropriate deadline for producing said more definite statement, once the issue of counsel for plaintiff has been resolved.

(3) The motions for summary judgment (doc. nos. 68 and 69) are denied as premature.

    (4) The motion to strike (doc. no. 71) the motions for summary judgment is denied as moot.

    This case is referred back to the magistrate judge for further proceedings.

    DONE, this the 11th day of March, 2016.

                                 /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE