IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVEN THOMASON,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | CIVIL ACTION NO. |
| v.            ) | 2:12cv604-MHT |
| ) | (WO) |
| ONE WEST BANK, FSB, INDY ) | |
| MAC BANK, et al.,            ) | |
| ) | |
| Defendants.            ) | |

OPINION

Plaintiff filed this lawsuit asserting various claims arising from the handling of his "application for a loan modification" by one of the defendants. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted and plaintiff's motion for summary judgment denied. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of March, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE