IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEVEN THOMASON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ONE WEST BANK, FSB, INDY )<br>MAC BANK, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:12cv604-MHT<br>(WO) |

OPINION AND ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for relief from final judgment under Federal Rule of Civil Procedure 60(b)(6) be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 241) is adopted.

(2) The motion for relief from final judgment (doc. no. 235) is denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 20th day of May, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE